**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE LEWIS T. BABCOCK**

_____

Courtroom Deputy: Deborah Hansen  　　　Date: May 25, 2007
Court Reporter:   Gwen Daniel  　　　　　Interpreter: Melinda Gonzalez-Hibner

_____

Criminal Action No. 06-cr-00467-LTB　　　*Counsel:*

UNITED STATES OF AMERICA,　　　　　　Judith Smith

　　　Plaintiff,

v.

1. RONY WALDEMAR RIVAS-BONILLA,　　Normando Pacheco
　　　　　　　　　　　　　　　　　　　Douglas Romero
　　　Defendant.

_____

### *AMENDED* COURTROOM MINUTES
_____

HEARING - STATUS

08:00 a.m.    Court in Session

Defendant present and in custody

Court's comments

Mr. Pacheco enters his appearance at this time.

Status by Mr. Pacheco

The defendant wishes to proceed to trial.

Counsel agree that the trial would take a maximum of three days.

1

Discussion - Old Chief Stipulation.

**ORDERED:  Trial is set Monday, June 18, 2007.**

**ORDERED:   A trial preparation hearing is set Friday, *June 15, 2007 at 3:00 p.m.*  The Government shall submit its set of Instructions, one set annotated and one set unannotated, hard copy with a 12.0 disk; witness and exhibit lists; voir dire questions; and if there are any evidentiary issues that counsel want to highlight, a very short trial brief highlighting those issues. The defense may submit any special Instructions, voir dire questions, exhibit or witness lists.**

Ms. Smith's further comments - there will be a Superseding Indictment previous to the trial.  It will simply add the second deportation to the language in the Indictment.

08:11 a.m.     Court in Recess
               Hearing concluded
               Time: /11